**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7057**

_____

STEVEN WHISENANT,

Plaintiff - Appellant,

versus

DAVID K. SMITH; EDWARD MURRAY; LARRY W. HUFF-
MAN; HENRY PONTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   Jackson L. Kiser, Chief District
Judge. (CA-93-802-R)

_____

Submitted:  December 19, 1996      Decided:  January 6, 1997

_____

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Whisenant, Appellant Pro Se.  Susan Campbell Alexander,
Assistant Attorney General, Jill Theresa Bowers, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders entering judgment on the jury verdict in his 42 U.S.C. § 1983 (1994) action and denying his motion for judgment as a matter of law. The record does not contain a transcript of the jury trial. Appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. Local R. 10(c). Appellants proceeding on appeal in forma pauperis are entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (1994). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Appellant has waived review of the issues on appeal which depend upon the transcript to show error. <u>Powell v. Estelle</u>, 959 F.2d 22, 26 (5th Cir.), <u>cert. denied</u>, 506 U.S. 1025 (1992); <u>Keller v. Prince George's County</u>, 827 F.2d 952, 954 n.1 (4th Cir. 1987). We have reviewed the record before the court and the district court's opinions and find no reversible error. We therefore affirm the district court's order entering judgment on the verdict. We also affirm the district court's order denying Appellant's motion for judgment as a matter of law because the denial of summary judgment does not necessitate a finding of a constitutional violation. <u>See</u> Fed. R. Civ. P. 56. We dispense with oral argument because the facts and legal contentions are adequately presented in the mate-

2

rials before the court and argument would not aid the decisional process.

AFFIRMED